**Order entered March 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01181-CV

### JAMES H. GENTRY, Appellant

### V.

### BENJAMIN N. SMITH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court are appellant's motion to take judicial notice of a document in the clerk's record and motion for appearance by telephone at the hearing on the motion to take judicial notice. Because the document appellant seeks to have judicially noticed is in the clerk's record, we **DENY** the motion as moot. Having denied the motion to take judicial notice, we also **DENY** the motion for telephonic appearance.

/s/    KEN MOLBERG
        JUSTICE